UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| JENNIFER BLAINE<br><br>　　　Appellant, Petitioner<br><br>v.<br><br>MYSTERE LIVING &<br>HEALTHCARE, INC.<br>dba<br>WELLSVILLE HEALTH & REHAB,<br><br>　　　Appellee, Respondent | Case No. 24-3121 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

　　In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Mystere Living & Healthcare, Inc. dba Wellsville Health & Rehab_____


Appellee/Respondent_____, in the above-captioned case(s).



_/s/ Whitney L. Casement_____

Whitney L. Casement, KS #25466
4848 SW 21st St., Suite 201
Topeka, KS 66604
Tel: 785-408-8000
WCasement@StevensBrand.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

___September 4, 2024_____
Date

___/s/ Whitney L. Casement_____
Signature

## CERTIFICATE OF SERVICE

I hereby certify that:

>All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case

  September 4, 2024                
Date


  /s/ Whitney L. Casement            
Signature